| | |
|---|---|
| **No. 24-1089** | **September Term, 2023** |
| | EPA-89FR21970 |
| | **Filed On: May 13, 2024** [2054143] |

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

_____

**No. 24-1090**                      EPA-89FR21970

Asbestos Disease Awareness Organization,

    Petitioner

    v.

Environmental Protection Agency and Michael Regan, Administrator, United States Environmental Protection Agency,

    Respondents

## O R D E R

It appearing that the United States Court of Appeals for the U.S. Court of Appeals for the Fifth Circuit has been randomly selected by the U.S. Judicial Panel on Multidistrict Litigation as the court to review these cases, it is

**ORDERED** that the above cases be consolidated. It is

**FURTHER ORDERED** that these cases be transferred to the United States Court of Appeals for the Fifth Circuit. The Clerk is directed to send a copy of the order of the U.S. Judicial Panel on Multidistrict Litigation, a copy of this order, and this court's original file to the United States Court of Appeals for the Fifth Circuit.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk
                          BY:    /s/
                                              Scott H. Atchue
                                              Deputy Clerk